| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) ZILLY, Thomas S | 2. Court or Organization United States District Court | 3. Date of Report 04/08/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full or part-time) Senior District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 700 Stewart Street Suite 15229 Seattle WA 98101 | 8 On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only see pp 14-16 of filing instructions )*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/08/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

☐ NONE *(No reportable non-investment income)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2009 | Income from glass art sales |
| 2 | 2009 | Income from State Public Disclosure Commission |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children see pp 25-27 of filing instructions)*

✓ NONE *(No reportable reimbursements)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp 32-33 of filing instructions )*

☑ NONE *(No reportable liabilities )*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/08/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C<br>Gross value at end<br>of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (● W) | D<br>Transactions during reporting period<br>(1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 AADV M M Fund/Key Bank | A | Interest | J | T | | | | | |
| 2 Microsoft | F | Dividend | O | T | Partial Sell | 04/01/09 | K | E | |
| 3 Merck Co | A | Dividend | K | T | | | | | |
| 4 First Washington Pershing Acct Gen Money Market Fund CLB | A | Interest | M | T | | | | | |
| 5 OHTA DBA Whispering Pines Property El Paso, Texas | A | Rent | J | W | | | | | |
| 6. Trust 1 | D | Interest | N | F | | | | | See Note 1 |
| 7 Trust 2 | D | Interest | M | T | | | | | See Note 1 |
| 8 Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 9 Intel Corp | A | Dividend | K | T | | | | | |
| 10 Hewlett-Packard Company | A | Dividend | L | T | | | | | |
| 11 Amgen Incorporated | | None | J | T | | | | | |
| 12 Amazon com Inc | | None | M | T | | | | | |
| 13 Intl Business Machines (IBM) | A | Dividend | J | F | | | | | |
| 14 United Parcel Service B | A | Dividend | K | T | | | | | |
| 15 Schwab MM | B | Interest | K | J | | | | | |
| 16 Key Bank Account | A | Interest | K | J | | | | | |
| 17 Trust 3 | A | Interest | M | F | | | | | See note 1 |

1 Income Gain Codes        A =$1 000 or less        B =$1 001 - $2 500        C =$2,501 - $5 000        D =$5 001 - $15 000        F =$15 001 - $50 000
(See Columns B1 and D1)    F =$50 001 - $100,000    G =$100 001 - $1,000 000    H1 =$1 000 001 - $5,000 000    H2 =More than $5,000,000
2 Value Codes              J =$15 000 or less       K =$15,001 - $50 000       L =$50 001 - $100 000       M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250 001 - $500 000   O =$500 001 - $1 000 000    P1 =$1 000 001 - $5,000,000    P2 =$5 000,001 - $25 000 000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000 000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment                 T =Cash Market
(See Column C2)            U =Book Value           V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/06/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 Enterplus Res FDTR | C | Interest | K | T | | | | | |
| 19 Martek Biosciences | | None | J | T | | | | | |
| 20 Suntech Pwd | | None | J | T | | | | | |
| 21 TGC Inds Inc | | None | J | T | | | | | |
| 22 ETFC | | None | J | T | | | | | |
| 23 FFIV | | None | K | J | | | | | |
| 24 Evergreen Solar Inc | | None | J | T | | | | | |
| 25 Paccar Inc | | None | K | T | | | | | |
| 26. Valero Energy Corp. | | None | J | T | | | | | |
| 27 Contango Oil & Gas | | None | J | T | | | | | |
| 28 Leucadia National Corp | | None | J | T | | | | | |
| 29 EMC | | None | J | T | | | | | |
| 30 Cryolite, Inc | | None | J | T | Buy | 08/03/09 | J | | |
| 31 Provident Energy TR (PVX) | | None | J | T | Buy | 11/02/09 | J | | |
| 32 Market Vectors ETF | | None | J | T | Buy | 11/02/09 | J | | |
| 33 SPDR - Ser TR Lehman Bros Bonds | A | Interest | J | T | Buy | 11/02/09 | J | | |
| 34 Ford Motor Co | | None | K | T | Buy | 04/05/09 | J | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; F =$15,001 - $50,000
(See Columns B1 and D4)  E =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2)  U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Note 1      is beneficiary only of Trust 1, 2 and 3. Trusts held interest in various stocks. Reporting individual's     received income from Trusts. Total income to    from all Trusts had value code D

| Name of Person Reporting | Date of Report |
|---|---|
| ZILLY, Thomas S. | 04/08/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq.. 5 U.S.C. § 7353. and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E.
Washington, D C. 20544